Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19–27136–RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Adolfo L Martinez
    10 Linda Place
    Emerson, NJ 07630

Social Security No.:
    xxx–xx–6358

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/7/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 7, 2019
JAN: slm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                        Case No. 19-27136-RG
Adolfo L Martinez                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin           Page 1 of 1          Date Rcvd: Nov 07, 2019
                               Form ID: 148          Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2019.
db          +Adolfo L Martinez,   10 Linda Place,   Emerson, NJ 07630-1250
518447540   +Specialized Loan Servi,   8742 Lucent Blvd Ste 300,   Highlands Ranch, CO 80129-2386
518489142   +The Bank of New York Mellon Trustee (See 410),   c/o Specialized Loan Servicing LLC,
             8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Nov 08 2019 00:06:58     U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 08 2019 00:06:56     United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
518464732    E-mail/PDF: resurgentbknotifications@resurgent.com Nov 08 2019 00:02:39     CACH, LLC,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
518447538   +EDI: CHASE.COM Nov 08 2019 04:28:00     Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
518447539   +EDI: CHASE.COM Nov 08 2019 04:28:00     Jpmcb Card,   Po Box 15369,   Wilmington, DE 19850-5369
518447541   +EDI: RMSC.COM Nov 08 2019 04:28:00     Syncb/gap,   Po Box 965005,   Orlando, FL 32896-5005
518447542   +EDI: RMSC.COM Nov 08 2019 04:28:00     Syncb/lowes,   Po Box 965005,   Orlando, FL 32896-5005
518447543   +EDI: VERIZONCOMB.COM Nov 08 2019 04:23:00     Verizon,   500 Technology Dr,
             Weldon Spring, MO 63304-2225
                                                                               TOTAL: 8

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518447537   ##+Amerifinancial Solutio,   Po Box 7,   Vassar, MI 48768-0007
                                                                    TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2019                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2019 at the address(es) listed below:
          Adrian  Johnson    on behalf of Debtor Adolfo L Martinez evanf@diazlawnow.com
          Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
           as Trustee et al... dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg   magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
           as Trustee et al... rsolarz@kmllawgroup.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                               TOTAL: 5